JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| CASEY CONNOR MORSE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, d/b/a and/or a/k/a AIMCO PROPERTIES, LP and JOHN DOE HUMAN PERSONS and/or ENTITY-PERSONS,<br><br>　　　　Defendants. | CASE NO. CV11 05492 AHM (Ex)<br><br>[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE<br><br>DATE: September 12, 2011<br><br>Complaint Filed:  January 19, 2011<br><br>[Assigned for All Purposes to Judge A. Howard Matz, Courtroom 14]<br><br>Discovery Cutoff:　None Set<br>Motion Cutoff:　　 None Set<br>Trial Date:　　　　None Set |

　　　This cause came before the Court on a Joint Motion To Dismiss Without Prejudice, filed jointly, by Defendant, Apartment Investment And Management Company, d/b/a and/or a/k/a AIMCO Properties, LP and John Doe Human Persons and/or Entity-Persons (hereinafter collectively "**AIMCO**") and Plaintiff, Casey Connor Morse (hereinafter "**Plaintiff**").  This

WOOD, SMITH, HENNING & BERMAN LLP<br>Attorneys at Law<br>10960 WILSHIRE BOULEVARD, 18TH FLOOR<br>LOS ANGELES, CALIFORNIA 90024-3804<br>TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

1. Court, being duly advised, finds, based on and because of the arguments
2. between AIMCO and Plaintiff judicially admitted in the Joint Motion that the
3. Joint Motion should be **GRANTED**.  Therefore, it is
4.     **ORDERED, ADJUDGED AND DECREED** that the above-styled case
5. should be and the same hereby is dismissed without prejudice;
6.     **FURTHER ORDERED, ADJUDGED AND DECREED** that AIMCO, in
7. California Superior Court, shall not assert any defense, to claims made in
8. the instant civil action, based on the accrual of any applicable statute of
9. limitation, contending that the civil action was filed on a date later than
10. January 19, 2011 or based on res judicata or any similar claim preclusive
11. doctrine or theory so long as Plaintiff refiles the case in California Superior
12. Court no more than thirty (30) days after this order is filed, or by October 12,
13. 2011, whichever is the last to occur
14.
15. DATED: September 15, 2011
16.
17. JS-6
                UNITED STATES DISTRICT COURT
18.                 JUDGE
19.
20. APPROVED IN FORM AND SUBSTANCE:
21.     Wood, Smith, Henning & Berman, LLP
22.     By: <u>/s/ Matthew O. Kovacs</u>
23.         Victoria L. Ersoff
        Matthew O. Kovacs
24.     Attorneys for AIMCO
25.     10960 Wilshire Blvd. 18th Floor
    Los Angeles, CA 90024-3804
26.     (310) 481-7600
27.     (310) 481-7650 (facsimile)
28.

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

LEGAL:05613-0048/2063812.1  -2-
JOINT MOTION TO DISMISS WITHOUT PREJUDICE

1  Parrish and Shaw, An Association of Attorneys
2  By:  /s/ Larry E. Parrish
       Larry E. Parrish
3  Attorney for Plaintiff
4  775 Ridge Lake Blvd.
   Suite 145
5  Memphis, TN 38120
6  (901) 766-4388
7  (901) 766-4389 (facsimile)
8

9  Law Offices of Charles S. LiMandri
10 By:  /s/ Charles S. LiMandri
       Charles S. LiMandri
11 Attorney for Plaintiff
12 P.O. Box 9120
13 16236 San Dieguito Road
   Suite 3-15
14 Rancho Sante Fe, CA 92067
15 (858) 759-9930
16 (858) 759-9938 (facsimile)