JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| CASEY CONNOR MORSE,<br><br>Plaintiff,<br><br>v.<br><br>APARTMENT INVESTMENT AND MANAGEMENT COMPANY, d/b/a and/or a/k/a AIMCO PROPERTIES, LP and JOHN DOE HUMAN PERSONS and/or ENTITY-PERSONS,<br><br>Defendants. | CASE NO. CV11 05492 AHM (Ex)<br><br>[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE<br><br>DATE: September 12, 2011<br><br>Complaint Filed: January 19, 2011<br><br>[Assigned for All Purposes to Judge A. Howard Matz, Courtroom 14]<br><br>Discovery Cutoff:   None Set<br>Motion Cutoff:      None Set<br>Trial Date:         None Set |

This cause came before the Court on a Joint Motion To Dismiss Without Prejudice, filed jointly, by Defendant, Apartment Investment And Management Company, d/b/a and/or a/k/a AIMCO Properties, LP and John Doe Human Persons and/or Entity-Persons (hereinafter collectively "**AIMCO**") and Plaintiff, Casey Connor Morse (hereinafter "**Plaintiff**"). This

LEGAL:05613-0048/2063812.1

-1-

JOINT MOTION TO DISMISS WITHOUT PREJUDICE

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

1 Court, being duly advised, finds, based on and because of the arguments
2 between AIMCO and Plaintiff judicially admitted in the Joint Motion that the
3 Joint Motion should be **GRANTED**. Therefore, it is
4     **ORDERED, ADJUDGED AND DECREED** that the above-styled case
5 should be and the same hereby is dismissed without prejudice;
6     **FURTHER ORDERED, ADJUDGED AND DECREED** that AIMCO, in
7 California Superior Court, shall not assert any defense, to claims made in
8 the instant civil action, based on the accrual of any applicable statute of
9 limitation, contending that the civil action was filed on a date later than
10 January 19, 2011 or based on res judicata or any similar claim preclusive
11 doctrine or theory so long as Plaintiff refiles the case in California Superior
12 Court no more than thirty (30) days after this order is filed, or by October 12,
13 2011, whichever is the last to occur

15 DATED: September 15, 2011

17 JS-6

UNITED STATES DISTRICT COURT JUDGE

20 APPROVED IN FORM AND SUBSTANCE:

21     Wood, Smith, Henning & Berman, LLP
22     By:   /s/ Matthew O. Kovacs
23          Victoria L. Ersoff
         Matthew O. Kovacs
24     Attorneys for AIMCO
25     10960 Wilshire Blvd. 18th Floor
    Los Angeles, CA 90024-3804
26     (310) 481-7600
27     (310) 481-7650 (facsimile)
28

Parrish and Shaw, An Association of Attorneys
By: <u>/s/ Larry E. Parrish</u>
    Larry E. Parrish
Attorney for Plaintiff
775 Ridge Lake Blvd.
Suite 145
Memphis, TN 38120
(901) 766-4388
(901) 766-4389 (facsimile)


Law Offices of Charles S. LiMandri
By: <u>/s/ Charles S. LiMandri</u>
    Charles S. LiMandri
Attorney for Plaintiff
P.O. Box 9120
16236 San Dieguito Road
Suite 3-15
Rancho Sante Fe, CA 92067
(858) 759-9930
(858) 759-9938 (facsimile)